IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Crystal Mayo, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-0946-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed March 5, 2012 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed March 5, 2012 [Doc. 18] is **GRANTED** and plaintiff is awarded $5,891.00 in EAJA fees to be made payable to plaintiff's counsel, Parmele Law Firm – unless said amount is subject to an offset to satisfy an outstanding debt owed to the United States.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**